UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to case

   13-cv-05665-YGR
   Lofton v. Verizon Wireless (VAW) LLC

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | **Not Related** |
|---|---|---|---|
| 15-cv-04833-CRB | Walter Diaz v. Collecto, Inc. |  | **YGR** |

ORDER

The court has reviewed the motion and determined that no cases are related pursuant to Civil Local Rule 3-12(a) and no reassignment shall occur. In regards to judicial efficiency, the Court notes that most of the discovery disputes in the lower-numbered case were handled by a Magistrate Judge who is capable of assisting with the newly filed action.

Dated: February 23, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**Yvonne Gonzalez Rogers**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**