David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
kaminskid@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
COLLECTO. INC. DBA EOS CCA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DIAZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>COLLECTO, INC. DBA EOS CCA,<br><br>Defendants. | Case No. 3:15-cv-04833-CRB<br><br>**LOCAL RULE 7-12 STIPULATION TO MODIFY FEBRUARY 12, 2016 BRIEFING SCHEDULE; ORDER** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff WALTER DIAZ ("Plaintiff"), by and through his counsel of record Todd Friedman, and Defendant COLLECTO, INC. DBA EOS CCA ("Defendant") by and through its counsel of record David J. Kaminski, as follows:

After the February 12, 2016 Initial Conference, this Court's February 12, 2016 Order (ECF 22) set the following briefing schedule for Defendant's Motion for Judgment on the Pleadings:  Motions due by 3/4/2016. Motion Hearing set for 4/22/2016 10:00 AM in Courtroom 6, 17th Floor.

{stipulation to modify briefing schedule;1}     1

Pursuant to Local Rule 7-12, with respect to any motion for judgment on the pleadings, the parties agree to the following briefing schedule:

The deadline for Defendant to file its Motion shall be continued from 3/4/16 to 3/15/16, whereby Plaintiff's Opposition would be due on 3/29/16 and Defendant's reply on 4/6/16. The hearing date of 4/22/16 would be continued to 5/6/16, or to another date convenient for the Court.

There is good cause for the modified briefing scheduling schedule. The parties have engaged in two phone conferences with the ADR department and need time to engage in informal settlement discussions before costly and extensive briefing on Defendant's Motion.

Counsel for the parties have worked together on numerous cases in the past, and this request is not made for the purposes of delay. The extension sought is for only two weeks, and there are no other dates yet set by the Court.

IT IS SO STIPULATED:

DATED: February 25, 2016          **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

                                   By  /s/ Todd M. Friedman
                                       Todd M. Friedman
                                       Attorney for Plaintiff,
                                       WALTER DIAZ

DATED:  February 25, 2016          **CARLSON & MESSER LLP**

                                   By   /s/ David J. Kaminski
                                       David J. Kaminski
                                       Stephen A. Watkins
                                       Attorneys for Defendant,
                                       COLLECTO, INC. DBA EOS CCA

## SIGNATURE CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Todd M. Friedman, counsel for Plaintiff WALTER DIAZ, and that I have obtained authorization to affix their electronic signature to this document.

By:   s/David J. Kaminski
      David J. Kaminski

## [ORDER

For good cause shown, the Court hereby sets the following briefing schedule for any motion for judgment on the pleadings as to Plaintiff's Complaint:

The deadline for Defendant to file its Motion for Judgment on the Pleadings shall be continued from 3/4/16 to 3/18/16. The hearing date of 4/22/16 is hereby continued to May 6, 2016, or to another date convenient for the Court.

## PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 2, 2016

The Honorable Charles R. Breyer
Judge of the United States District Court
For the Northern District of California