# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DIAZ, Individually, and on behalf of similarly situated consumers,<br><br>　　　　　Plaintiff,<br>v.<br><br>COLLECTO, INC. d/b/a EOS CCA.,<br>　　　　　Defendant. | Case No. 3:15-cv-04833-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS** |

　　　The Court has reviewed the Stipulation to Dismiss of Plaintiff WALTER DIAZ and Defendant COLLECTO, INC. d/b/a EOS CCA. Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

IT IS SO ORDERED.
Date: March 12, 2020

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Hon. Charles R. Breyer
　　　　　　　　　　　　　　United States District Judge

{00131639;1} 1